ACCEPTED
04-15-00107-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 2:59:47 PM
KEITH HOTTLE
CLERK

No. 04-15-00107-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 2:59:47 PM
KEITH E. HOTTLE
Clerk

JUSTIN V. HAYNES,
APPELLANT

V.

ALICIA BRYAN HAYNES,
APPELLEE

On Appeal from Cause No. 2012-Cl-14023, In the 166th Judicial District Court of
Bexar County, Texas, Honorable David Canales, Presiding

APPELLANT'S THIRD ADVISORY REGARDING
STATUS OF TRIAL PROCEEDINGS

TO THE HONORABLE COURT OF APPEALS:

Appellant Justin V. Haynes respectfully provides this advisory informing the Court of the current status of the trial court proceedings pursuant to the Court's September 21, 2015 order.

I.

This appeal initially arose from the March 3, 2015 judgment rendered by the trial court. The notice of appeal was filed on February 16, 2015. The Clerk's Record was filed on May 5, 2015. The Reporter's

Record was filed on May 4, 2015 and June 16, 2015. The trial court rendered a Modified Judgment on June 16, 2015.

Appellant's brief was due to be filed by July 16, 2015. However, Appellant filed his unopposed motion to extend that deadline or to abate the appeal pending final resolution of the trial court proceedings. On July 20, 2015, the Court entered its order abating this appeal. On August 31, 2015, the trial court rendered its second modified judgment. On September 21, 2015, the Court continued the abatement until the trial proceedings are final, provided that Appellant provide an advisory regarding the status of the trial court proceedings every three weeks, beginning October 12, 2015. Appellant provided his second advisory on October 12, 2015. In accord with the Court's order, Appellant now provides his third advisory.

## II.

On October 27, 2015, the trial court heard Appellant's Motion to Modify Judgment and Motion for New Trial and Appellee's Motion to Modify, Correct, or Reform Judgment Signed August 31, 2015. The trial court did not rule on any of the motions following the hearing. One issue that is requiring additional attention involves missing trial exhibits that are made the basis of Appellant's Motion for New Trial. When the Reporter's Record of the trial was filed in this Court, the record was missing multiple trial exhibits. For months, the court

reporter has been unable to locate the missing trial exhibits, despite repeated inquiries by the parties. Then, during last week's hearing, the court reporter produced two sets of notebooks purporting to contain copies of the original exhibits. The original exhibits have yet to be located. Trial counsel for Appellant, who did not attend the hearing, will be reviewing the copies within the next few days to determine whether they can be substituted for the missing originals. Once that issue is resolved, the trial court has indicated that it will rule on the pending post-judgment motions. In light of the continuing trial court proceedings, Appellant requests that the Court continue the abatement of this appeal.

## III.

The continuation of the abatement is not sought for purposes of delay. Rather, this request is made to ensure that the issues eventually raised in this appeal are narrowed to the greatest extent possible and then presented to this Court in the most efficient and expeditious manner possible.

WHEREFORE, PREMISES CONSIDERED, Appellant Justin V. Haynes respectfully requests that the Court continue to abate this appeal until after the trial proceedings conclude and the complete appellate record is filed in this Court, and such other and further relief to which he is justly and equitably entitled.

Respectfully submitted,

_/s/ Ryan G. Anderson_

Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON, PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205
(210) 399-0198
(210) 855-5050 (Facsimile)
ryan@rgalawpc.com

RICHARD R. ORSINGER
State Bar No. 15322500
ORSINGER, NELSON, DOWNING &
ANDERSON  L.L.P.
310 S. St. Mary's, Suite 1717
San Antonio, Texas 78205
(210) 225-5567 Telephone
(210) 267-7777 Telecopier
richard@ondafamilylaw.com

ATTORNEYS FOR APPELLANT
 JUSTIN V. HAYNES

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on November 2, 2015, on the following:

Eric Lipper
Michael Conner
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
**_Attorneys for Alicia Bryan Haynes_**

Biff Pennypacker
Wilson, Pennypacker & Thompson LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217
**_Attorneys for Alicia Bryan Haynes_**

4

Jo Chris Lopez
Rob Ramsey
Langley & Banack, P.C.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
***Attorneys for Alicia Bryan
Haynes***

_/s/ Ryan G. Anderson_
Ryan G. Anderson